William M. Audet (SBN 117456)
Ling Y. Kuang (SBN 296873)
Thom E. Smith (SBN 203362)
  waudet@audetlaw.com
  lkuang@audetlaw.com
  tsmith@audetlaw.com
**AUDET & PARTNERS, LLP**
  711 Van Ness Avenue, Suite 500
  San Francisco, CA 94102-3275
  Telephone:   (415) 568-2555
  Facsimile:    (415) 568-2556

*Counsel for Plaintiff Hernandez*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ISRAEL HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GRAND AND LINDEN FAMILY APARTMENTS, LP, and MULTISTUDIO, INC.,<br><br>Defendants. | **Case No: 3:25-cv-07145-CRB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>District Judge: Hon. Charles R. Breyer<br><br>Trial Date: None set<br>Action Filed: August 22, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ISRAEL HERNANDEZ herby gives notice that Defendant MULTISTUDIO, INC. is voluntarily dismissed in this action. Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: November 7, 2025                    Respectfully Submitted,

/s/ _____
Thom E. Smith (SBN 203362)
William M. Audet (SBN 117456)
Ling Y. Kuang (SBN 296873)
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500

**NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

San Francisco, CA 94102-3275
Telephone:     (415) 568-2555
Facsimile:     (415) 568-2556
Email:          tsmith@audetlaw.com
                waudet@audetlaw.com
                lkuang@audetlaw.com

*Counsel for Plaintiff Israel Hernandez*

**NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**