MARK S. POSARD, Bar No. 208790
mposard@grsm.com
RACHEL A. BOUMAN, Bar No. 214960
rbouman@grsm.com
ALISON SHILLING, Bar No. 340154
ashilling@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, California 95825
Telephone: (916)-565-2900
Facsimile:  (916)-920-4402

Attorneys for Defendants
GRAND AND LINDEN FAMILY APARTMENTS, LP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| ISRAEL HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GRAND AND LINDEN FAMILY APARTMENTS, LP, and MULTISTUDIO, INC.,<br><br>Defendants. | Case No. 3:25-cv-07145-CRB<br><br>Assigned to the Hon. Charles R. Breyer<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING THE PARTIES' DEADLINE TO DESIGNATE EXPERTS**<br>ORDER<br>L.R. 6-1(b); L.R. 6-2<br><br>Complaint filed:  August 22, 2025 |

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825

-1-

**GORDON REES SCULLY MANSUKHANI, LLP**
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825

## STIPULATION

Pursuant to Rule 6-1(b) and 6-2 of the Civil Local Rules for the United States District Court for the Northern District of California, Plaintiff Isreal Hernandez ("Plaintiff") and Defendant Grand and Linden Family Apartments, LP ("Grand") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to request the Court to extend the deadline for the Parties to designate experts from March 4, 2026 to May 6, 2026.

WHEREAS, although the Parties initially agreed to March 4, 2026 as the deadline to designate experts, as the case has unfolded, the Parties realize they need more time to engage in fact discovery before designating any experts. Extending the deadline to May 6, 2026 will provide the parties the additional time they need to conduct further fact discovery.

WHEREAS, the Parties previously stipulated to extend Grand's deadline to respond to Plaintiff's complaint by 17 days, and such stipulation did not affect any other Court deadline. The Parties have not previously requested an extension of the deadline to designate experts.

WHEREAS, the deadline to complete discovery is November 30, 2026. As such, extending the deadline to designate experts from March 4 to May 6, 2026 will have no effect on the November 30, 2026 deadline or any other Court deadline, including the December 4, 2026 deadline to file dispositive motions.

THEREFORE, the Parties, by and through their respective counsel of record, hereby file this stipulated request to the Court to extend the Parties' deadline to designate experts from March 4, 2026 to May 6, 2026.

**So Stipulated.**

Dated:  March 3, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Alison J. Shilling*
Mark S. Posard
Rachel A. Bouman
Alison J. Shilling
Attorneys for Defendants
GRAND AND LINDEN FAMILY APARTMENTS, LP

Stipulated Request for an Order Extending the Parties' Expert Designation Deadline
3:25-cv-07145-CRB

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825

Dated:  March 3, 2026

WAMPLER, CARROLL, WILSON
& SANDERSON, PLLC


By:  */s/ Rebecca Hutto*
     Rebecca Hutto, *pro hac vice*

     *-and-*

     AUDET & PARTNERS, LLP
     William M. Audet
     Ling Y. Kuang
     Thom E. Smith
     Attorneys for Plaintiff
     ISREAL HERNANDEZ


***Filer's Attestation:*** *Pursuant to Local Rule 5-1(i)(3) regarding Non-Filing Signatories, I, Alison J. Shilling, hereby attest that each of the other Signatories have concurred in the filing of the document.*


By:  */s/ Alison J. Shilling*


**PURSUANT TO STIPULATION, IT IS SO ORDERED,**


Date: __March 3_____, 2026        _____

                                        Hon. Charles R. Breyer

Stipulated Request for an Order Extending the Parties' Expert Designation Deadline
3:25-cv-07145-CRB