William M. Audet (SBN 117456)
Ling Y. Kuang (SBN 296873)
Thom E. Smith (SBN 203362)
  waudet@audetlaw.com
  lkuang@audetlaw.com
  tsmith@audetlaw.com
**AUDET & PARTNERS, LLP**
  711 Van Ness Avenue, Suite 500
  San Francisco, CA 94102-3275
  Telephone:   (415) 568-2555
  Facsimile:   (415) 568-2556

*Counsel for Plaintiff Hernandez*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ISRAEL HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GRAND AND LINDEN FAMILY APARTMENTS LP,<br><br>Defendant. | **Case No: 3:25-cv-07145-JST**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the Plaintiff, Israel Hernandez, by and through undersigned counsel, submits this voluntary dismissal of the above-captioned action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 16th day of April, 2026.

By: *s/ Rebecca Hutto*
Rebecca Hutto
Tennessee State Bar No.: 039252
Wampler, Carroll, Wilson, and
Sanderson, PLLC
208 Adams Avenue
Memphis, TN 38103
Telephone: (901)-523-1844
Email: rebecca@wcwslaw.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of April, 2026, a true and exact copy of the foregoing has been served on the Defendant via this Court's CM/ECF System.

*s/ Rebecca Hutto*